**File Hashes for IP Address 108.31.28.249**

**ISP:** Verizon Online, LLC
**Physical Location:** Gaithersburg, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/31/2015 00:52:54 | 60EEB76C89FB42F9DE9C7C1628319247775487E8 | Epic Love |
| 10/30/2015 22:57:02 | B466A1F92E68412E8614C92EC348701DAB62E2B2 | Surrender To Seduction |
| 10/29/2015 03:03:08 | 44E86353F0D37675D6AF505C10784E9C721669FA | Good Morning I Love You |
| 10/29/2015 02:50:40 | B31743B9F2EA717EADD62D92252C6239A1E641E3 | Do It To Me One More Time |
| 10/29/2015 02:15:38 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 10/29/2015 02:12:35 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 10/29/2015 02:10:47 | 0EF40269730646F353DFDC1A82E1A4714EE06186 | Like The First Time |
| 10/29/2015 02:08:04 | 360C3643DCB0C38095189A6163C96B5A97634D97 | Tiffanys Tight Ass |
| 10/25/2015 19:17:01 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/23/2015 04:07:12 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 10/23/2015 01:24:22 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 10/22/2015 22:58:20 | DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game |
| 10/22/2015 21:29:08 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 10/19/2015 00:08:24 | 59DFFA8F94AAF5D1F41B78FA691922726C24AF8F | Yoga in the Sky |
| 10/17/2015 22:14:52 | 685E2748B6B5EA7DA8E7CE8659B65727447620B2 | Freckle Faced Fox |
| 10/17/2015 22:12:22 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 10/17/2015 20:35:35 | A2BDD0BE25748566F993B0097142EED546843465 | Slow Motion |
| 10/17/2015 19:02:39 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 10/17/2015 18:59:48 | 6E674B63791F7F409485CC909D2E60EA91B7223F | Skin Tillating Sex For Three |
| 10/15/2015 03:26:19 | 9A4006A1B6FE3FEEE453A8C4F19C744B2D8F8995 | Unbelievably Beautiful |
| 10/15/2015 01:57:59 | B2A6AFE50E6C569016C5D1B4424CBE0632E5AF28 | Puffy Nipple Lovers |
| 10/14/2015 02:25:57 | 8342201A3C44277E7753BBCB2EFDA014EBEF84A4 | Backstage |

EXHIBIT A

MD552

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/13/2015 04:23:01 | 221154C63C9318CCC8402F0580BBE4E83F5F6161 | Sweet Awakening |
| 10/13/2015 03:32:31 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy |
| 10/13/2015 03:31:01 | 42E971103CB6F4DF101C8982D0E122F5755324A0 | Rose Petals |

**Total Statutory Claims Against Defendant: 25**