**Copyrights-In-Suit for IP Address 108.31.28.249**

**ISP:** Verizon Online, LLC
**Location:** Gaithersburg, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 10/31/2015 |
| Surrender To Seduction | PA0001953367 | 07/17/2015 | 07/27/2015 | 10/30/2015 |
| Good Morning I Love You | PA0001941287 | 04/22/2015 | 04/27/2015 | 10/29/2015 |
| Do It To Me One More Time | PA0001944198 | 05/23/2015 | 05/26/2015 | 10/29/2015 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 10/29/2015 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 10/29/2015 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 10/29/2015 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 10/29/2015 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/25/2015 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 10/23/2015 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 10/23/2015 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 10/22/2015 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 10/22/2015 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 10/19/2015 |
| Freckle Faced Fox | PENDING | 09/18/2015 | 09/21/2015 | 10/17/2015 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 10/17/2015 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 10/17/2015 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 10/17/2015 |
| Skin Tillating Sex For Three | PENDING | 10/03/2015 | 10/15/2015 | 10/17/2015 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 10/15/2015 |
| Puffy Nipple Lovers | PENDING | 09/28/2015 | 10/05/2015 | 10/15/2015 |

EXHIBIT B

MD552

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 10/14/2015 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 10/13/2015 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 10/13/2015 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 10/13/2015 |

**Total Malibu Media, LLC Copyrights Infringed:  25**