UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| Plaintiff, | * | CASE NO. |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 108.31.28.249,** | * | |
| | * | |
| Defendant. | | |
| | * | |

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

     Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Field in support of this motion; (3) Declaration of Patrick Paige in support of this motion; (4) Declaration of Daniel Susac in support of this motion; and (5) Chart of Verifications, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon Online, LLC, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

     Respectfully submitted,

     MALIBU MEDIA, LLC.
     PLAINTIFF

     By:  /s/ *Jon A. Hoppe*
     Jon A. Hoppe, Esquire #6479
     Counsel
     Maddox, Hoppe, Hoofnagle &
         Hafey, L.L.C.
     1401 Mercantile Lane #105

Largo, Maryland 20774
(301) 341-2580