**CHART OF VERIFICATIONS**

| File Hash | Title | File Verified to Be a Copy of Malibu's Work By |
|---|---|---|
| 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:15-cv-04717-PGG, (S.D.N.Y.). |
| 8342201A3C44277E7753BBCB2EFDA014EBEF84A4 | Backstage | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 8:13-cv-00361-AW, (D. Md.). |
| DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 8:13-cv-00350-PWG, (D. Md.). |
| B31743B9F2EA717EADD62D92252C6239A1E641E3 | Do It To Me One More Time | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:15-cv-08817, (N.D. Ill.). |
| 60EEB76C89FB42F9DE9C7C1628319247775487E8 | Epic Love | Excipio, as set forth in the attached Declaration of Daniel Susac |
| 685E2748B6B5EA7DA8E7CE8659B65727447620B2 | Freckle Faced Fox | Excipio, as set forth in the attached Declaration of Daniel Susac |
| 44E86353F0D37675D6AF505C10784E9C721669FA | Good Morning I Love You | Excipio, as set forth in the attached Declaration of Daniel Susac |
| 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:13-cv-00353-MJG, (D. Md.). |
| 0EF40269730646F353DFDC1A82E1A4714EE06186 | Like The First Time | Excipio, as set forth in the attached Declaration of Daniel Susac |
| DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 8:13-cv-00355-AW, (D. Md.). |
| B2A6AFE50E6C569016C5D1B4424CBE0632E5AF28 | Puffy Nipple Lovers | Excipio, as set forth in the attached Declaration of Daniel Susac |
| 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 8:15-cv-01703-GJH, (D. Md.). |
| 42E971103CB6F4DF101C8982D0E122F5755324A0 | Rose Petals | IPP, as set forth in the Declaration of Tobias Fieser in |

| File Hash | Title | File Verified to Be a Copy of Malibu's Work By |
| --- | --- | --- |
| | | Case No. 1:13-cv-00363-CCB, (D. Md.). |
| 6E674B63791F7F409485CC909D2E60EA91B7223F | Skin Tillating Sex For Three | Excipio, as set forth in the attached Declaration of Daniel Susac |
| A2BDD0BE25748566F993B0097142EED546843465 | Slow Motion | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:14-cv-01234-MJG, (D. Md.). |
| 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:15-cv-01859-MJG, (D. Md.). |
| B466A1F92E68412E8614C92EC348701DAB62E2B2 | Surrender To Seduction | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:15-cv-02916-JKB, (D. Md.). |
| 221154C63C9318CCC8402F0580BBE4E83F5F6161 | Sweet Awakening | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 8:13-cv-00364-PWG, (D. Md.). |
| D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 8:13-cv-00362-RWT, (D. Md.). |
| A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 8:13-cv-00350-PWG, (D. Md.). |
| 360C3643DCB0C38095189A6163C96B5A97634D97 | Tiffanys Tight Ass | Excipio, as set forth in the attached Declaration of Daniel Susac |
| 9A4006A1B6FE3FEEE453A8C4F19C744B2D8F8995 | Unbelievably Beautiful | Excipio, as set forth in the attached Declaration of Daniel Susac |
| 59DFFA8F94AAF5D1F41B78FA691922726C24AF8F | Yoga in the Sky | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 8:13-cv-00511-AW, (D. Md.). |
| 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 8:13-cv-00361-AW, (D. Md.). |
| 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 8:13-cv-00350-PWG, (D. Md.). |