# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC,

      Plaintiff,

      v.

JOHN DOE,
*Subscriber Assigned IP Address*
*108.31.28.249*,

      Defendant.

Civil Action No. TDC-15-3611

*EX PARTE* **NOTICE OF CURRENT ADDRESS**

      I, _____, am identified as John Doe and IP
                       (full name)

Address # _____ in the above-captioned matter and intend to

represent myself.  Under Local Rule 102.1(b)(iii), I hereby advise the Clerk of Court that my

current address is as follows:

_____

_____.

      In accordance with the Court's Order, I understand this information will be docketed as

an *ex parte* submission so that only court personnel, and not Plaintiff, will be able to view this

information.

_____                                    _____
Date                                                                Signature