**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | **CASE NO. 8:15-cv-03611-TDC** |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 108.31.28.249,** | * | |
| | * | |
| **Defendant.** | * | |

**NOTICE OF FILING CERTIFICATIONS**

PLEASE TAKE NOTICE of Plaintiff's filing the attached certifications for **Exhibits B and C** for the ORDER granting MOTION to Expedite Discovery entered by Judge Theodore D. Chuang on December 23, 2015 [DE 6].

    Respectfully submitted,

    MALIBU MEDIA, LLC.
    PLAINTIFF
    By: /s/ *Jon A. Hoppe*
    Jon A. Hoppe, Esquire #6479
    *Counsel*
    Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
    1401 Mercantile Lane #105
    Largo, Maryland 20774
    (301) 341-2580